IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

RONALD W. BUSH,
    Petitioner,

vs.                                                           CASE NO.:  3:03cv344/RV/MD

JAMES V. CROSBY,
    Respondent.
_____

### O R D E R

    This cause comes on for consideration upon the magistrate judge's report and recommendation dated June 9, 2005.  The petitioner has been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1), and I have made a _de novo_ determination of those portions to which an objection has been made.

    Having considered the report and recommendation and all objections thereto timely filed, I have determined that the report and recommendation should be adopted.

    Accordingly, it is now ORDERED as follows:

    1.    The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

    2.    The Title 28 U.S.C. § 2254 petition for writ of habeas corpus (doc. 1), challenging the conviction and sentence in _State of Florida v. Ronald Wayne Bush_ in the Circuit Court of Escambia County, Florida, case no. 99-4328, is DENIED, this cause is DISMISSED, and the clerk is directed to close the file.

    DONE AND ORDERED this 2nd day of August, 2005.

                                        /s/ _Roger Vinson_
                                        **ROGER VINSON**
                                        **SENIOR UNITED STATES DISTRICT JUDGE**